UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------x
ROBERT REINER, on behalf of himself and
all others similarly situated,

          Plaintiff,

v.

BANCTEC, INC.,

          Defendants.
-------------------------------------------------x

05-CV-0390 (RJA)(LGF)

**STIPULATION TO TRANSFER
AND STAY PROCEEDING
PENDING TRANSFER**

3:06cv154 (RNC)

United States District Court
District of Connecticut
FILED AT HARTFORD
1/31/06
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the above captioned case be transferred to the United States District Court for the District of Connecticut. This stipulation is signed and entered into pursuant to 28 U.S.C. § 1404(a), on the grounds that the interests of justice will be served by the transfer of this litigation to the District of Connecticut, where a related case is currently pending and to avoid duplicative proceedings and inconsistent rulings.

IT IS FURTHER STIPULATED AND AGREED that all proceedings in the instant case be stayed pending the transfer of this litigation to the District of Connecticut.

Dated: January 23, 2006

GORLICK, KRAVITZ & LISTHAUS, P.C.

_/s/ Barbara Mehlsack_

BARBARA S. MEHLSACK (BM 1390)
442 Potomac Avenue
Buffalo, New York 14213
(716) 881-0800

*Attorney for Plaintiffs*

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

_/s/ K. Lesli Ligorner_

ZACHARY FASMAN (ZF 5380)
K. LESLI LIGORNER (KL 2359)
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

LEGAL_US_E # 70413721.2

SO ORDERED:

Date: Jan 24th, 2006

_____
Honorable Leslie G. Foschio
United States Magistrate Judge

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York.

Date Filed: 1/24/06
Rodney C. Early, Clerk

By: Denise Coll_____ Deputy Clerk